Michael T. Lanners, Appellant, v. The Atchison, Topeka and Santa Fe Railroad Company, Appellee.

Gen. No. 45,411.

William H. DeParcq and Robert Martineau, for appellant; Thomas J. Barnett, Philip E. von Ammon, and Floyd J. Stuppi, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed June 20, 1951; released for publication July 30, 1951.